LAURI S. THOMPSON, ESQ.
Nevada Bar No. 6846
thompsonl@gtlaw.com
LARAINE BURRELL, ESQ.
Nevada Bar No. 8771
burrelll@gtlaw.com
SHAUNA WELSH, Esq.
Nevada Bar No. 11320
walshs@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff, GNLV, Corp.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GNLV, Corp., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>Marco Eckstein, an individual,<br><br>Defendant. | Case No.:   **2:11-CV-0878 KJD-CWH**<br><br>**ORDER GRANTING PERMANENT INJUNCTION AND FINAL JUDGMENT** |

UPON CONSIDERATION of the record in this action, and for other good cause shown, this Court hereby enters this Order granting Permanent Injunction and Final Judgment as follows;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a Permanent Injunction and Final Judgment is hereby entered in favor of Plaintiff GNLV, Corp., and against Defendant Marco

/ / /

/ / /

/ / /

/ / /

/ / /

LV 419,672,626v1 2-9-12

1   Eckstein on all of Plaintiff's claims for relief for use of the <golden-nugget-jackpot> Infringing

2   Domain Name.

3

4

5                                                    UNITED STATES DISTRICT JUDGE

6                                                    DATED:   2/10/12

7

8

9

10   Respectfully Submitted by:

11   Lauri S. Thompson (Bar No. 6846)
     Laraine Burrell (Bar No. 8771)
12   Shauna Welsh (Bar No. 11320)
     3773 Howard Hughes Parkway
13   Suite 400 North
     Las Vegas, Nevada 89169

14   Counsel for GNLV, Corp.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002

LV 419,672,626v1 2-9-12